UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BILLY CHANCEY,<br><br>                    Plaintiff,<br>      v.<br>E. SILVA, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-01388-MMD-EJY<br><br>ORDER |

Plaintiff previously submitted a civil rights complaint under 42 U.S.C. § 1983 but had not yet submitted an application to proceed *in forma pauperis* ("IFP") or paid the full filing fee for a civil action. (ECF Nos. 1, 1-1.) The Court directed Plaintiff to file an IFP or pay the full filing fee. (ECF No. 3.) In response, Plaintiff filed a "pretrial motion" seeking to "drop all four claims submitted" in the Complaint. (ECF No. 4.) The Court construes this motion as a motion for voluntary dismissal. The Court has not screened the Complaint.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

If the Court has misconstrued Plaintiff's motion, Plaintiff may file a timely motion for reconsideration, move to reopen the case, and explain what he intended by his original motion.

///

///

///

For the foregoing reasons, it is ordered that the "pretrial motion" (ECF No. 4) is construed as a motion for voluntary dismissal and is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

The Clerk of the Court is directed to close the case.

DATED THIS 4th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE